MADSON and another, Appellants, vs. INDUSTRIAL COMMIS-
SION and JOHN J. PIONTEK and others, Respondents.

For the appellants: *Quarles, Spence & Quarles,* attorneys,
and *Arthur B. Doe* of counsel, all of Milwaukee.

For the respondent Industrial Commission: *James E.
Finnegan,* attorney general, and *Mortimer Levitan,* assistant
attorney general.

For the respondent John J. Piontek: *Joseph A. Padway,*
attorney, and *L. A. Tarrell* of counsel, both of Milwaukee.

*By the Court.*—Judgment affirmed.